UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY M. GONZALES,<br><br>        Petitioner,<br><br>  vs.<br><br>WARDEN MARK BEZY,<br><br>        Respondent. | No. 1:06-cv-956-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/15/2006

                                              SARAH EVANS BARKER, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

Anthony M. Gonzales
Reg. No. 12405-035
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801